FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 3 2020

JAMES W. McCORMACK, CLERK
By: /s/ _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                          CASE NO. 4:20-CR-293-BRW-1

EDRICK DENORRIS ELLIS                                               DEFENDANT

## ORDER

The United States must turn over to the defense all exculpatory evidence—that is evidence that favors the defendant or casts doubt on the government's case. See *Brady v. Maryland*, 373 U.S. 83 (1963) and cases applying this precedent. If the government fails to produce exculpatory evidence to the defense in a timely manner, the Court may take certain steps: excluding certain evidence; giving adverse jury instructions; dismissing charges; holding government lawyers in contempt; or imposing other appropriate sanctions.

SO ORDERED, this 13TH day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE